UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **THOMAS L. SHAFER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendants ) | Civil No. 05-35-P-S |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 12, 2005, her Recommended Decision (Docket No. 5). Plaintiff filed his Objection to the Recommended Decision (Docket No. 6) on April 25, 2005. Defendant United States of America filed its Response to Objection (Docket No. 7) on May 11, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Plaintiff's 28 U.S.C. § 2255 Motion (Docket No. 1) is DENIED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 12th day of May, 2005.